```
THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road
Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580
Facsimile: (925) 397-3042


JESSE J. GARCIA (CSBN 61223)
AUSTIN M. THOMPSON (CSBN 229924)
Attorneys for Plaintiffs,
SINDY PADILLA and
ENRIQUE MALDONADO PETINO
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| SINDY PADILLA, ENRIQUE MALDONADO PETINO, <br><br> Plaintiffs, <br><br> vs. <br><br> OAKLAND POLICE DEPARTMENT, CITY OF OAKLAND, et al., <br><br> Defendant. <br> _____/ | Case No.: 3:18-CV-06175-SI <br><br> STIPULATION TO EXTEND TIME AND TO CONTINUE THE HEARING ON THE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT |

     Sindy Padilla and Enrique Maldonado Petino, by and through his counsel, Jesse J. Garcia, and attorney, David A. Pereda, jointly stipulate as to the following:

     1.     To extend Plaintiffs time to respond to the Defendants' motion to dismiss Plaintiffs' Fourth Amended Complaint from May 10, 2019 to May 31, 2019;

     2.     To modify the Defendants' time to reply accordingly, which reply will be due to be filed two weeks after Plaintiffs' opposition is due, or by June 14, 2019; and

1      3.     To reschedule the hearing date for the Defendants' motion from June 7, 2019, at 9:00 a.m. to June 28, 2019, also at 9:00 a.m.

Dated: <u>May 10, 2019</u>           Respectfully submitted,

/s/ Jesse J. Garcia
JESSE J. GARCIA
Attorney for Plaintiffs
SINDY PADILLA and
ENRIQUE MALDONADO PETINO

DATED: <u>May 10, 2019</u>

/s/ David A. Pereda
DAVID A. PEREDA
Attorney for Defendants
(Authorized to sign for Special Counsel on May 10, 2019)

## (PROPOSED) ORDER

To extend Plaintiffs time to respond to the Defendants' motion to dismiss Plaintiffs' Fourth Amended Complaint from May 10, 2019 to May 31, 2019;

To modify the Defendants' time to reply accordingly, which reply will be due to be filed two weeks after Plaintiffs' opposition is due, or by June 14, 2019; and

To reschedule the hearing date for the Defendants' motion from June 7, 2019, at 9:00 a.m. to June 28, 2019, also at 9:00 a.m.

IT IS SO ORDERED.

DATED: _____

HON. SUSAN ILLSTON
United States District Judge