BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
DAVID A. PEREDA, Special Counsel, SBN 237982
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-3839, Fax:  (510) 238-6500
Email: jallen@oaklandcityattorney.org
32372/2681759

Attorneys for Defendants
CITY OF OAKLAND DEFENDANTS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SINDY PADILLA, ENRIQUE MALDONADO PETINO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OAKLAND POLICE DEPARTMENT, CITY OF OAKLAND, *et al.*,<br><br>　　　　　Defendants. | Case No. 18-cv-06175<br><br>**STIPULATION RE NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION; PROPOSED ORDER** |

Pursuant to Civil L.R. 7-12, the parties, through their counsel, hereby stipulate as follows:

1. The parties have reached a settlement in this matter and expect that within ninety days, the settlement will be finalized and Plaintiffs will file a voluntary dismissal of the action.

2. Given the settlement, City of Oakland and the named officers withdraw their Motion to Dismiss the Fourth Amended Complaint. *See* Dkt. Nos. 34, 41.

3. The parties agree that all future court dates should be vacated and respectfully request that the Court vacate them.

IT IS SO STIPULATED.

Dated: July 11, 2019                              Respectfully submitted,

                                                  BARBARA J. PARKER, City Attorney

                                                  By:      /s/ David Pereda
                                                  Attorneys for
                                                  City of Oakland

Dated: July 11, 2019                              Respectfully submitted,

                                                  BARBARA J. PARKER, City Attorney

                                                  By:      /s/ David Pereda
                                                  Attorneys for
                                                  City of Oakland

Dated: July 11, 2019
                                                  GARCIA SCHNAYERSON & THOMPSON

                                                  By:      */s/ Austin M. Thompson*
                                                  JESSE J. GARCIA
                                                  AUSTIN M. THOMPSON
                                                  Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:
                                                  _____
                                                  SUSAN ILLSTON
                                                  UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**INTRODUCTION**